IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

BYRON GRIFFIN

VS.                                              CIVIL ACTION NO. 2:06CV1-KS-JMR

U-STORE-IT MINI WAREHOUSE CO.

### ORDER OF TRANSFER FROM HATTIESBURG DIVISION TO SOUTHERN DIVISION

This cause is before the Court *sua sponte* for transfer from the Hattiesburg Division to the Southern Division. There is apparently a docketing error which occurred when the case was removed. All of the actions involved in the litigation occurred in the Southern Division and the Plaintiff is a resident of the Southern Division. There is no reason for the case to be in the Hattiesburg Division.

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the above styled and numbered cause be and the same is hereby transferred from the Hattiesburg Division to the Southern Division for further consideration and reassignment.

SO ORDERED AND ADJUDGED on this, the 8th day of March, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE